ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

DIRECT DIAL
(212) 826-5328
msims@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

June 9, 2010

**BY ELECTRONIC CASE FILING**

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**75 Schermerhorn LLC v. Federal Deposit Insurance Corporation,
as Receiver for Pacific National Bank, Case No. 09 CV 826 (SLT) (SMG)**

Dear Judge Townes:

      We are counsel to the Federal Deposit Insurance Corporation, as Receiver for Pacific National Bank (the "FDIC") in the referenced action. We submit this letter pursuant to your May 20, 2010 Order, directing the parties to submit a briefing schedule for the FDIC's motion to dismiss the complaint.

      The following schedule is submitted jointly on behalf of plaintiff and the FDIC:

| | |
|---|---|
| June 25, 2010: | FDIC to serve its moving papers. |
| July 30, 2010: | Plaintiff to serve its opposition papers. |
| August 20, 2010: | FDIC to serve its reply papers. |

Respectfully submitted,

Michael E. Sims

MES:dct

cc: Jeffrey L. Shore, Esq.